**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOY-CHARITY G. O'HALLORAN, PH.D., Pro Se; THE JOY-CHARITY GRACE O'HALLORAN, PH.D. TRUST,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>THE DEPARTMENT OF THE NAVY AND THE DEPARTMENT OF DEFENSE OF THE UNITED STATES,<br><br>　　　　Defendants. | 2:09-CR-01851-PMP-LRL<br><br>**ORDER** |

　　　　The Court having read and considered Plaintiffs' Motion for Default Summary Judgment (Doc. #12), filed on May 12, 2010, Defendants' Response thereto (Doc. #15) filed June 1, 2010, and good cause appearing,

　　　　**IT IS ORDERED that** Plaintiffs' Motion for Default Summary Judgment (Doc. #12) is **DENIED**.

DATED: June 21, 2010.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge