1

2

3

4

5              UNITED STATES DISTRICT COURT

6                   DISTRICT OF NEVADA

7                        * * *

8  PH.D. JOY-CHARITY G. O'HALLORAN,      )      2:09-CV-01851-PMP-LRL
   JOY-CHARITY GRACE O'HALLORAN,         )
9  PH.D. TRUST                           )
                                         )
10              Plaintiffs,              )
                                         )
11  vs.                                  )      **ORDER**
                                         )
12  DEPARTMENT OF THE NAVY,              )
   DEPARTMENT OF DEFENSE OF THE          )
13  UNITED STATES                        )
                                         )
14              Defendants.              )
   _____)

15

16          Before the Court for consideration is Plaintiffs' Third and Final Motion for

17  Default Summary Judgment (Doc. #18), filed on June 22, 2010.  On July 6, 2010,

18  Defendants' filed their Response (Doc. #20) to which Plaintiffs' Replied (Doc. #21)

19  on July 22, 2010.  Having read and considered the foregoing, the Court finds that

20  Plaintiffs' motion for default judgment (Doc. #18) must be denied.

21          The Court finds merit in Defendants' response that Plaintiffs' motion for

22  summary judgment is incomprehensible and unintelligible.  So too is Plaintiffs'

23  Complaint.  Although pleadings prepared by *Pro Se* litigants are liberally construed,

24  a *Pro Se* Plaintiff is not excused from stating a cognizable claim for relief.  The

25  Court can discern no genuine issues of material fact raised in Plaintiffs' Complaint or

26  identified by Plaintiffs' motion for summary judgment.

2

1    **IT IS THEREFORE ORDERED that** Plaintiffs' Third and Final Motion

2  for Default Summary Judgment (Doc. #18) is **DENIED**.

3

4  DATED:  August 4, 2010.

5

6  _____

PHILIP M. PRO

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26