UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOY-CHARITY G. O'HALLORAN, Ph.D, THE JOY-CHARITY GRACE O'HALLORAN, Ph.D TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DEPARTMENT OF THE NAVY AND THE DEPARTMENT OF DEFENSE OF THE UNITED STATES,<br><br>Defendants. | 2:09-CV-01851-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion to Dismiss (Doc. #44) filed July 11, 2011. On July 12, 2011, the Court entered an Order (Doc. #45) advising Plaintiffs' of their responsibility to file a Response to Defendants' Motion to Dismiss not later than July 28, 2011.  Plaintiffs have failed to do so.  As a result, Plaintiffs consent to the granting of Defendants' motion.  Moreover, a review of Defendants' Motion to Dismiss (Doc. #44) shows that Defendants are entitled to the relief requested on the merits of their motion.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. #44) is **GRANTED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiffs.

DATED:  July 29, 2011.

_____
PHILIP M. PRO
United States District Judge